## HALLAM et al. v. CLAGGETT.

No. 6755—Opinion Filed July 31, 1917.

(166 Pac. 879.)

**Affirmance of Judgment—Propriety.**

The same as in No. 6754, Alfred Hallam v. Rose E. Bailey, 66 Okla. 46, 166 Pac. 874.

(Syllabus by Stewart, C.)

Error from District Court, Nowata County; T. L. Brown, Judge.

Action by Jane Claggett against Alfred Hallam and others. There was a judgment

for plaintiff, and defendants bring error. Affirmed.

Sears & Snyder and Glass & Weaver, for plaintiffs in error.

J. C. Denton, for defendant in error.

Opinion by STEWART, C. The facts in this case are substantially the same as in No. 6754, Alfred Hallem et al. v. Rose E. Bailey, 66 Okla. 46, 166 Pac. 874, in which case the judgment has just been affirmed by this court. For the reasons assigned in the opinion rendered in No. 6754 the judgment of the trial court in this case is affirmed.

By the Court: It is so ordered.